```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

American Express Business Finance
Corporation
600 Travis Street, Suite 1300
Houston, TX 77002

      Plaintiff

Civil Action No.

v.

Eastern Fitness Express, LLC
dba World Gym of Upper Marlboro
15725 Hens Rest Lane
Waldorf, MD 20601

Serve on:
Kenneth Laurie, Member
15725 Hens Rest Lane
Waldorf, MD 20601

and

Kenneth Laurie
15725 Hens Rest Lane
Waldorf, MD 20601

      Defendants

## COMPLAINT

American Express Business Finance Corporation ("AmEx Business"), Plaintiff, by and through its undersigned attorneys, sues Eastern Fitness Express, LLC dba World Gym of Upper Marlbor ("Eastern Fitness Express, LLC"), and Kenneth Laurie, Defendants, and says:

1. This is a civil suit between citizens of different states. The matter in controversy exceeds the sum of Seventy-

Five Thousand Dollars ($75,000), exclusive of interest and costs.

2.   Subject matter jurisdiction of this Court is conferred by 28 U.S.C. Section 1332.

3.   Personal jurisdiction over the Defendant is present by virtue of Section 6-103 of the Maryland Code, Courts and Judicial Proceedings Article.

4.   Venue is proper pursuant to 28 U.S.C. Section 1391 in that the claim arose in the State of Maryland.

5.   Plaintiff is a Texan corporation with the principal place of business at the above-captioned address.

6.   Eastern Fitness Express, LLC is a Maryland limited liability company with its principal place of business at the above-captioned address.

7.   Mr. Laurie is a Maryland resident living at the above-captioned address.

8.   Plaintiff is in the business of financing corporations by procuring a security interest in the collateral financed by the Plaintiff on behalf of the Defendant corporation.

## FACTS COMMON TO ALL COUNTS

9.   That on or about July 21, 2003 and June 30, 2003, Eastern Fitness Express, LLC executed and delivered to AmEx Business Master Agreements for the financing of certain

equipment.  A copy of the Master Agreements are attached hereto as Exhibit 1.

    10.  That Kenneth Laurie individually executed and delivered to Amex Business a Guaranty for each of the Master Lease Agreements.  The Guaranties are contained in each of the Master Lease Agreements.

Count 1 - Breach of Contract Against
Eastern Fitness Express, LLC

    11.  Plaintiff realleges paragraphs 1 through 10 of the Complaint as if fully set forth herein.

    12.  By virtue of execution of the Master Lease Agreements Eastern Fitness Express, LLC promised to remit certain consecutive monthly payments as detailed in the Master Lease Agreements.

    13.  That the Defendant, Eastern Fitness Express, LLC, has failed to make payments as and when due, and has not made a payment since June 2004.

    14.  Defendant's failure to remit payments as and when due is an event of default under the Master Agreements, whereby AmEx Business may declare all obligations due and owing and accelerate the balance due and owing.

    15.  That as a result of the default of the Defendant by failing to remit payments as and when due, the Plaintiff has accelerated the balance and has made demand for same.

16.  That as of February 28, 2005 there is due and owing from Eastern Fitness Express, LLC to AmEx Business the principal sum of $97,360.93 plus accrued and accruing interest, late charges, attorneys' fees, costs and expenses.

17.  That despite demand having been made upon Eastern Fitness Express, LLC payment has not been remitted to AmEx Business and that the sums stated herein remain due and owing after all credits have been applied.

WHEREFORE, Plaintiff, American Express Business Finance Corporation, demands judgment against Eastern Fitness Express, LLC in the amount of $97,360.93, plus accrued and accruing interest, late charges, attorneys' fees, costs and expenses of this action; and, such other and further relief that this Court deems appropriate.

### Count 2 - Breach of Contract Against Guarantor, Kenneth Laurie

18.  Plaintiff realleges paragraphs 1 through 10 of the Complaint as if fully set forth herein.

19.  By virtue of execution of the Guaranties under the Master Lease Agreements, Kenneth Laurie promised to guaranty all amounts due and owing from Eastern Fitness Express, LLC under the terms and detailed in the Master Lease Agreements.

20.  That the Defendant, Eastern Fitness Express, LLC, has failed to make payments as and when due, and has not made a payment since June 2004.

21. Defendant's failure to remit payments as and when due is an event of default under the Master Agreements, whereby AmEx Business may declare all obligations due and owing and accelerate the balance due and owing against the Guarantor, Kenneth Laurie.

22. That as a result of the default of the Defendant by failing to remit payments as and when due, the Guarantory, Kenneth Laurie is responsible for all amounts due and owing. Wherefore, the Plaintiff has accelerated the balance and has made demand for same.

23. That as of February 28, 2005 there is due and owing from Eastern Fitness Express, LLC to AmEx Business the principal sum of $97,360.93 plus accrued and accruing interest, late charges, attorneys' fees, costs and expenses.

24. That despite demand having been made upon Kenneth Laurie payment has not been remitted to AmEx Business and that the sums stated herein remain due and owing after all credits have been applied.

WHEREFORE, Plaintiff, American Express Business Finance Corporation, demands judgment against Kenneth Laurie in the amount of $97,360.93, plus accrued and accruing interest, late charges, attorneys' fees, costs and expenses of this action; and, such other and further relief that this Court deems appropriate.

<u>/s/ Robert L. Kline, III</u>
Robert L. Kline, III, 4357
35 Franklin Blvd.
Reisterstown, Maryland 21136

410-526-9551