```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

AMERICAN EXPRESS BUSINESS      )
FINANCE CORPORATION,           )
                               )
     Plaintiff,                )
                               )
v.                             )     Case No. 05-CV- 1197
                               )
EASTERN FITNESS EXPRESS, LLC,  )
and                            )
KENNETH W. LAURIE,             )
                               )
     Defendants.               )
_____)
```

ANSWER

Come now the Defendants, Eastern Fitness Express, LLC, and Kenneth W. Laurie, by and through counsel, Judith H. Mullen, hereby Answer the Plaintiff's Complaint, and in support thereof, states the following:

1. Neither admit nor deny.

2. Neither admit nor deny.

3. Admit.

4. Admit.

5. Admit.

6. Admit in part and deny in part as to the Corporate Defendant's address.

7. Admit.

8. Admit.

9. Admit. The copy of the Master Agreement provided under the Plaintiff's Complaint is not legible.

    10.   Admit.

    11.   No response required.

    12.   Admit.

    13.   Denied.

    14.   Denied.

    15.   Denied.

    16.   Denied.

    17.   Denied.

    18.   No response required.

    19.   Admit.  The individual guarantor, Kenneth W. Laurie, filed for relief under the Federal Bankruptcy Statutes.

    20.   Denied.

    21.   Denied.

    22.   Denied.

    23.   Denied.

    24.   Denied.

    25.   <u>Affirmative Defenses</u>:

        a. Plaintiff fails to state a claim upon which relief can be granted.

        b.   Plaintiff's claims are barred by estoppel.

        c.   Plaintiff's claims are barred by laches.

        d.   Plaintiff's claims are barred by waiver.

        e.   Plaintiff's claims are barred by limitations.

        f.   Plaintiff's claims are barred by usery.

        g.   Plaintiff's claims are barred by illegality.

   h. Plaintiff's claims are barred by payment.

   i. Plaintiff's claims are barred by accord and satisfaction.

   j. The Defendants reserve the right to supplement these defenses as other defenses are revealed during discovery.

Respectfully submitted,

/s/ Judith H. Mullen
Judith H. Mullen
14342 Old Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-8000
Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Answer was sent by first class mail, postage prepaid, this 28th day of June, 2005, to:

Robert L. Kline, III, Esq.
35 Franklin Blvd.
Reisterstown, Maryland 21136

/s/ Judith H. Mullen
Judith H. Mullen