IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AMERICAN EXPRESS BUSINESS FINANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  05-CV-1197 |
| EASTERN FITNESS EXPRESS, LLC, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## SUGGESTION OF BANKRUPTCY

COMES NOW, the Defendant, Kenneth W. Laurie, by and through counsel, Judith H. Mullen, and filed a Bankruptcy Petition, Chapter 7, Bankruptcy Case 04-35709, on November 12, 2004, in the U. S. Bankruptcy Court for the District of Maryland.  Note that Title U.S.C. §362 automatically stays further civil proceedings after an original petition has been filed.

Respectfully submitted,

/s/Judith H. Mullen
Judith H. Mullen
14343 Old Marlboro Pike
Upper Marlboro, Maryland 20772
Attorney for Defendants

## Certificate of Service

I hereby certify that on the 17th day of November, 2005, a copy of this Suggestion of Bankruptcy was mailed by first class mail, postage prepaid to Robert L. Kline, III, 35 Franklin Blvd., Reisterstown, MD 21136.

/s/Judith H. Mullen
Judith H. Mullen